IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY W. WASHINGTON, )<br>)<br>Defendant. ) | CASE NO. 8:05CR113<br><br><br>ORDER |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until August 26, 2005 (Filing No. 33) to file objections to the Magistrate Judge's Report and Recommendation (Filing No. 30).

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 33) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before August 26, 2005.

DATED this 19th day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge