IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR113** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TIMOTHY W. WASHINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the August 1, 2006, opinion issued by the United States Court of Appeals for the Eighth Circuit vacating the Defendant's conviction and sentence. The Eighth Circuit mandate was issued on August 4, 2006.

IT IS ORDERED:

1. This case is dismissed;

2. The Defendant shall be released from custody; and

3. The Clerk shall immediately hand-deliver a certified copy of this order to the United States Marshal for this district.

DATED this 4th day of August, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge